# **<u>EXHIBIT A</u>**

Law Offices of
**GLEN HANNINGTON**
Ten Post Office Square, 8ᵗʰ Floor South
Boston, Massachusetts 02109
Tel (617) 725-2828
Fax (781) 828-2066

Please Direct Mail to Canton Address:
785 Washington Street, Suite 11B
Canton, MA  02021
Tel (781) 821-2828
Fax (781) 828-2066

www.hanningtonlaw.com

February 15, 2022

**SERVED BY CONSTABLE**

Mr. Dominick J. Albano, Jr. Registered
Agent for CuffyCo. Inc.
721 Main Street
West Dennis, Massachusetts 02670

Re:   Cape Cod Baseball League Trademark Infringement

Dear Mr. Albano:

Please be advised that this Office represents the Cape Cod Baseball League Inc. of Cotuit, Massachusetts. Our client's official site is www.capecodbaseball.org  Our client is the owner of the famous Cape Cod Baseball trademarks, which have been registered at the U.S. Trademark Office under uncontestable U.S. Registration Nos. 3882866 & 3969033. Our client made first use of its Cape Cod Baseball trademarks in 1965 and consistent use of the mark has been made since that time. Cape Cod Baseball League Inc. owns the approved trademarks, "Cape Cod Baseball League" & "Cape Cod Baseball", samples of same are depicted in the Photos attached.  Our client's trademark rights cover sporting goods, clothing, hats and other merchandise, mobile apps, tournaments, live streaming multimedia entertainment content, among other goods and services.

We have become aware of your selling our merchandise which violates our client's valuable brand and federal trademark. Be advised that your use of the name Cape Cod Baseball or any variation of such name for generic products is an infringement of our client's federal trademark rights as well as unfair competition under federal law and is in violation of 15 U.S.C. 1125. By virtue of the inherent distinctiveness of our client's mark, the extent and duration of its use, geographic scope, extent of our client's advertising and sales, media publicity, exposure of the mark and consumer recognition, the Cape Cod Baseball mark is famous and became famous prior to your adoption of the name. Your use violates the dilution laws of the United States under 15 U.S.C. § 1125(c).

Trademark infringement is the unauthorized use of a trademark or service mark on or in connection with goods and/or services in a manner that is likely to cause confusion, deception, or mistake about the source of the goods and/or services.

Whether Cuffy's use of "Cape Cod Baseball" infringes on the trademark depends on whether there would be a "likelihood of confusion". Likelihood of confusion exists between trademarks when the marks are so similar and the goods and/or services for which they are used are so related that consumers would mistakenly believe they come from the same source. Each application is decided on its own facts, and no strict mechanical test exists for determining likelihood of confusion., however in this case it is perfectly clear that Cuffyco knew exactly what it was doing and intended to have consumers believe they come from and represent the Cape Cod Baseball League.

**Unfair Competition and Passing Off**

Your adoption and use of our client's Cape Cod Baseball mark for the purposes of trading upon the goodwill represented by said mark gives your products and services a salability that they otherwise would not have. Such use is likely to cause confusion, mistake or deception on behalf of the general public as to the affiliation, connection or association of your company with our client, or as to the source, approval or sponsorship of our client's products and services. The fact that Cuffyco was placed on notice of our rights, and your violation thereof back in 2008, clearly demonstrates that your present actions are deliberate, knowing and in complete defiance of Cape Cod Baseball, League's property rights and deemed a willful infringement in violation of 15 U.S.C. Sec. 1117.

**Cease and Desist Demands**

Our client demands that you immediately cease any and all use of the name Cape Cod Baseball, including any and all variations thereof, and requests your assurances that the following undertakings will be met by the close of business **February 25, 2022**. You are hereby directed to;

1. Immediately remove all merchandise, promotions and advertisements that display the Cape Cod Baseball trademark from all your stores, or in any other public venue.

2. Cease all use of the Cape Cod Baseball name on the internet, your website at www.cuffys.com or the like, third party websites and social media websites including Facebook, Twitter, Instagram, YouTube, LinkedIn, Pinterest, etc.

3. Destroy all merchandise, signage and marketing materials bearing the Cape Cod Baseball name in any and all forms;

4. Remove Cape Cod Baseball as a keyword with the Google, Bing, Yahoo!, AOL, Hotbot, MSN, Netscape, AltaVista and all other search engines.

5. Produce a complete accounting of all funds received from the sale of any and all merchandise, clothing, or other items which have on them or are represented to be, in any way be representative of the Cape Cod Baseball League, its franchises, players or coaches.

Any infringement after February 25, 2022 shall be deemed willful infringement and is subject to enhanced penalties, including without limitation, treble damages, recovery of profits, and assessment of attorney fees. 15 U.S.C. Sec. 1117. If you are interested in resolving this matter without further legal action, please contact my office forthwith.

This letter is not intended to be a complete statement of the Cape Cod Baseball League Inc's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Cape Cod Baseball, all of which are expressly reserved.

Very truly yours,

*Glen Hannington*

Glen Hannington

Enclosures
GH/lmb

cc: CCBL









THE OFFICIAL PUBLICATION OF THE CAPE COD BASEBALL LEAGUE

# Cape League

**MAGAZINE** Postseason Edition 2019   $5

## With Complete Player Stats



## Cotuit Kettleers Win
## 2019 CCBL Championship page 2

## All-Star Game Recap
page 18



FUNDED IN PART BY
MAJOR LEAGUE BASEBALL



CAPE COD HEALTHCARE
Expert physicians. Quality hospitals. Superior care.



YAWKEY
FOUNDATION

Cape Cod Baseball League: Home



TEAMS   NEWS   SCHEDULE   STATS   SHOP (HTTP://SHOP.CAPECODBASEBALL.ORG/)   PHOTOS   ABOUT CCBL

AMERICA'S LEAGUE   BROADCASTING (/BROADCASTING/)
WHERE THE STARS OF TOMORROW SHINE TONIGHT!

(/)

( httpishiffing

COUNTDOWN TO NEXT GAME

| DAYS | HRS | MINS | SECS |
|------|-----|------|------|
| 221  | 01  | 14   | 19   |



Please Support Our Sponsors (/news/?article_id=2693)

## HIGHLIGHT NEWS



**Please Support Our Sponsors**
(/news
/?article_id=269 /?article_id=2693)



**VOTE -CCBL Battle of the Franchises**
(/news
/?article_id=2815)



**Cape League Spotlight –1995-99**
(/news
/?article_id=2814)



**Episode 4 -Catching Up With The...**
(/news
/?article_id=2787)

**LA Wins World Series – 9 CCBL Alum on...**
(/news
/?article_id=2813)

Cape Cod Baseball League: Home



SHOP (HTTP://SHOP.CAPECODE

CONTACTS



(https://open.spotify.com
/show/0kv5GOgrziz0L5VIqjrOuw)



(http://shop.capecodbaseball.org)

## LATEST NEWS

### Message From the President



Message From the
President - 2020 Season
Wrap Up
(/news/message-from-the-president
/?article_id=2782)

(/news/message-from-
the-president
/?article_id=2782)

### Commissioners Corner



Commisioners Corner -
End of Season
(/news/commissioner-corner
/?article_id=2785)

(/news/commissioner-
corner/?article_id=2785)

Cape Cod Baseball League: Home

 TEAMS   NEWS   SCHEDULE   STATS   SHOP (HTTP://SHOP.CAPECODBASEBALL.ORG/)   PHOTOS   ABOUT CCBL
Hall Of Fame                                     All Star Game
ARCHIVES                 LINKS              CONTACTS              BROADCASTING (/BROADCASTING/)

(/news/?article_id=2730)



(/news/?article_id=2618)

## GALLERY

  

(https://capecodbaseball.org.ismmedia.com

(https://2019-cbdbase.bldsbridtsinltedia

## NATIONAL SPONSORS



(/tracker
/index.html?t=sponsor&
sponsor_id=150&



Great Meal. Great Deal.
(/tracker
/index.html?t=sponsor&
sponsor_id=10&



(/tracker
/index.html?t=sponsor&
sponsor_id=151&
url=http%3A%2F

www.capecodfive.con
(/tracker
/index.html?t=spons
sponsor_id=8&url=h

© 2020 Cape Cod Baseball. All rights reserved.

(https://www.mlb.com/)

**General Information:**
info@CapeCodBaseball.org
(mailto:info@CapeCodBaseball.org) This
material can not be published, broadcast,
rewritten or distributed without prior
written consent.



Cape Cod Baseball League: Home



TEAMS   NEWS   SCHEDULE   STATS   SHOP (HTTP://SHOP.CAPECODBASEBALL.ORG/)   PHOTOS   ABOUT CCBL

AMERICA'S LEAGUE  BROADCASTING (/BROADCASTING/)
WHERE THE STARS OF TOMORROW SHINE TONIGHT!

(/)

( https://

COUNTDOWN TO NEXT GAME

| DAYS | HRS | MINS | SECS |
|------|-----|------|------|
| 221 | 01 | 14 | 19 |

## HIGHLIGHT NEWS

 **Please Support Our Sponsors**
(/news (/news
/?article_id=269 /?article_id=2693)

 **VOTE –CCBL Battle of the Franchises**
(/news
/?article_id=2815)

 **Cape League Spotlight – 1995-99**
(/news
/?article_id=2814)

 **Episode 4 –Catching Up With The...**
(/news
/?article_id=2787)

 **LA Wins World Series – 8 CCBL Alum on...**
(/news
/?article_id=2813)



Please Support Our Sponsors (/news/?article_id=2693)

Cape Cod Baseball League: Home



SHOP (HTTP://SHOP.CAPECODE

CONTACTS



(https://open.spotify.com
/show/0kv5GOgrziz0I5ViqJrOuw)



(http://shop.capecodbaseball.org)

## LATEST NEWS

Message From the President



(/news/message-from-
the-president
/?article_id=2782)

**Message From the
President - 2020 Season
Wrap Up**

(/news/message-from-the-president
/?article_id=2782)

Commissioners Corner



(/news/commissioner-
corner/?article_id=2785)

**Commisioners Corner -
End of Season**

(/news/commissioner-corner
/?article_id=2785)

Cape Cod Baseball League: Home

 TEAMS    NEWS    SCHEDULE    STATS    SHOP (HTTP://SHOP.CAPECODBASEBALL.ORG/)    PHOTOS    ABOUT CCBL
Hall Of Fame                                                      All Star Game
              ARCHIVES                          LINKS                CONTACTS              BROADCASTING (/BROADCASTING/)

(/news/?article_id=2730)



(/news/?article_id=2618)

## GALLERY



(https://capecodbaseball.org.ismmedia.com





(https://2019-Champs-bidsbri-ism Photo

## NATIONAL SPONSORS



(/tracker
/index.html?t=sponsor&
sponsor_id=150&



Great Meal. Great Deal.
(/tracker
/index.html?t=sponsor&
sponsor_id=10&



(/tracker
/index.html?t=sponsor&
sponsor_id=151&
url=http%3A%2F

COD

www.capecodfive.com
(/tracker
/index.html?t=spons
sponsor_id=8&url=h

© 2020 Cape Cod Baseball. All rights reserved.

 

(https://www.mlb.com/)

**General Information:**
info@CapeCodBaseball.org
(mailto:info@CapeCodBaseball.org) This
material can not be published, broadcast,
rewritten or distributed without prior
written consent.



THE OFFICIAL PUBLICATION OF THE CAPE COD BASEBALL LEAGUE

# Cape League

**MAGAZINE** ● Season Opener 2019                     $5

## MLB WORLD SERIES AND ALCS MVPs
## STEVE PEARCE & JACKIE BRADLEY, JR.

Story Page 4

**Inside:** 2019 East/West Previews
Page 24

FUNDED IN PART BY
MAJOR LEAGUE BASEBALL

CAPE COD HEALTHCARE

The
YAWKEY
FOUNDATION

## *ALL STATE CONSTABLES, INC.*
### P.O. Box 339
### Weymouth, MA 02188
### (781) 344-0411 (Telephone)
### (781) 344-5400 (Fax)
### Adam@allstateconstables.com (Email)
### www.allstateconstables.com (Web)

**Cape Cod Baseball League Inc. v. Dominick J. Albano, Jr. Registered Agent for CuffyCo., Inc.**

## RETURN OF SERVICE

I did this date, February 15, 2022 at; serve a true attested copy of the following:

- Notice Re: Cape Cod Baseball League Trademark Infringement

By delivering In-Hand to:  Kaylie Ferguson, accepting on behalf of Dominick J. Albano, Jr., Registered Agent for CuffyCo. Inc.

Service was made at:          721 Main Street
                              West Dennis, MA 02760

Signed under the pains and penalties of perjury this 17th day of February, 2022

Thomas B. Dolby,
Constable and Disinterested Person